# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| GREGORY A. O'NEAL, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   4:17-CV-5035-TOR |
| | ) | |
| | ) | |
| KURION-VEOLIA INC., | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:
   The claims asserted in Plaintiff's Complaints (ECF Nos. 4 and 5) are DISMISSED without
   leave to amend.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge          Thomas O. Rice          .

Date:  April 27, 2017                           *CLERK OF COURT*

                                       SEAN F. McAVOY _____

                                        s/ Linda L. Hansen
                                                *(By) Deputy Clerk*

                                       Linda L. Hansen